DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER STERZ,**
Appellant,

v.

**CHANNEL PARTNERS CAPITAL, LLC,**
Appellee.

No. 4D2025-2087

[April 2, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Meg Feld, Judge; L.T. Case No. 062024CC072796AXXXWE.

Peter Sterz, Hollywood, pro se.

Ronald Marc Emanuel of Emanuel & Zwiebel, PLLC, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***